# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT, EASTERN DIVISION
# AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V;                                                                                  CIVIL ACTION NO. 3:07CV402-MEF

JACKSON'S GAP POLICE DEPT.
    Defendant

## MOTION TO SHOW CAUSE

COMES NOW, THE PLAINTIFF, GENE COGGINS, WITH THIS MOTION TO SHOW CAUSE, WHY ALL OF THE ABOVE DEFENDANTS, ATTORNEYS, CLERKS, AND JUDGES INVOLVED IN THE ON GOING CASE WITH THEIR ILLEGAL ACTION AGAINST ME SHOULD NOT HAVE JUDGMENT FILED AGAINST THEM..,

MR. KEYS CAME OUT TO MY HOUSE SEVERAL TIMES WITH MIKE COGGINS , HE ALWAYS WANTED FOR ME TO LEAVE THE HOUSE OPEN FOR MIKE TO STORE HIS JUNK IN. HE NEVER ASKED WHO OWNED THE PROPERTY OR TO SEE A DEED, I HAVE TOLD HIM MANY TIMES THAT I HAD TWO DIFFERENT DEEDS TO THIS PLACE AND MIKE HAD ONE ON THE OTHER SIDE OF OUR PROPERTY AND LOST HIS LAND AND HOUSE TO REGINS BANK FOR NOT PAYING THE PAYMENTS.. AFTER ABOUT FOUR YEARS OF PUTTING UP WITH THIS STEALING AND DAMAGING MY HOUSE, I

FILED A MOTION FOR A QUITE TITLE ON THE BALANCE OF MOTHERS PROPERTY, WITH A RESTRAINING ORDER AGAINST MIKE COGGINS, AND REQUESTED FOR THE COURT TO RETURN THE ILLEGAL TAXES THAT I HAVE BEEN PAYING ON AN ALLEGED ESTATE THAT NEVER HAS LEGAL EXISTED. WHEN THE JUDGE FOR THE CITY OF JACKSON'S GAP CAME IN LATE, HE NEVER TOOK THE TIME TO LOOK AT MY WRITTEN ANSWER. WHEN ANYONE DOES NOT HAVE THE TIME TO EVEN READ AN ANSWER, THERE IS NO WAY I OR ANYONE SHOULD LET HIM MAKE ANY KIND OF DECISIONS OR EVEN HEAR THE PROBLEM.

WHILE AT THE TALLAPOOSA COUNTY SHERIFF OFFICE, TRYING TO SWEAR OUT A WARRANT FOR MORE DAMAGES AND STEALING AT MY HOUSE, I WAS TOLD BY THE SHERIFF THAT JACKSON'S GAP, POLICE DEPARTMENT HAD A WARRANT FOR MY ARREST. AFTER PLACING ME IN JAIL, ABOUT TWO HOURS LATER MR. KEYS CAME IN AND MADE OUT AN ARREST WARRANT FOR DOMESTIC VIOLENCE AND MENACING. IN THE UNITED STATES CONSTITUTION AMENDMENT #5, NO PERSON SHALL BE HELD TO ANSWER FOR A CAPITAL, OR OTHER WISE ANY OTHER INFAMOUS CRIME UNLESS SN INDICTMENT BY A GRAND JURY.. NO CITY, COUNTY, OR STATE CAN CHANGE THIS GUARANTEED CONSTITUTION RIGHT, OR CREATE THEIR OWN METHODS, LIKE ABOVE BY PLACING IN JAIL, FIRST BEFORE THE WARRANT WAS SERVED AND HOLDING ANYONE FOR TWELVE HOURS...

I HAD EXPLAINED TO MR. KEYS MANY TIMES THAT THIS WAS IN COURT IN TALLAPOOSA COUNTY AND THAT MIKE COGGINS AND HIS SISTER DIANNE HARRELSON HAD BEEN SERVED BT THE SHERIFFS OFFICE AND THEY NEVER

02.

FILED AN ANSWER, THAT DEFAULT AND DEFAULT JUDGMENT HAD BEEN FILED AGAINST THEM. THAT WHEN DEFAULT JUDGMENT IS FILED AGAINST THEM, ALL DEMANDS IN THE COMPLAINT MUST BE MEET, THIS ALSO INCLUDED THE PERMANENT RESTRAINING ORDER.

THIS ILLEGAL ACTION MUST CARRY ANOTHER JUDGMENT AMOUNT AGAINST THE ABOVE DEFENDANTS, FOR AT LEAST $100,000.00 FOR EVERY ONE INVOLVED IN THIS ILLEGAL ACTION..

THE TERM **FINAL JUDGMENT,** IS CONSIDERED ONLY IF IT DETERMINES THE RIGHTS OF THE PARTIES AND DISPOSES OF **ALL ISSUES** INVOLVED SO THAT NO FUTURE ACTION BY THE COURT WILL BE NECESSARY IN ORDER TO SETTLE THE ENTIRE CONTROVERSY, THAT LEAVES NOTHING TO BE EXECUTED BUT TO ENFORCE THE EXECUTION OF THE TOTAL JUDGMENT AS DETERMINED.

*Gene Coggins*
GENE COGGINS   Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863W