IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-0402-MEF-TFM |
| | ) |
| CITY OF JACKSON'S GAP, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 5), the undersigned Magistrate Judge considers the supporting affidavit of Plaintiff Gene Coggins for his *Motion to Appear In Forma Pauperis* (Doc.2, May 9, 2007).

Plaintiff represents that he currently receives only social security benefits but neglects to provide data concerning his expenditures. Thus, the court cannot assess his eligibility under 28 U.S.C. §1915 to proceed without prepayment of fees and costs.. Accordingly, it is

**ORDERED** that **Plaintiff file by June 15, 2007 an amended motion to proceed *in forma pauperis* which includes an accurate and complete affidavit**. Failure to comply will result in a recommendation that his lawsuit be stayed pending prepayment of requisite filing fees.

The Clerk is **DIRECTED** to mail with this Order an application and affidavit to

proceed in *forma pauperis*.

    DONE this 4th day of June, 2007.

                                                /s/Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE