IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:07-cv-0402-MEF-TFM |
| ) | |
| CITY OF JACKSON'S GAP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 5), the Court considers Plaintiff's *Motion to Appear in forma pauperis* (Doc. 2, filed May 9, 2007). On June 4, 2007, the Court ordered Plaintiff file by June 15, 2007 an amended motion to proceed *in forma pauperis* or this lawsuit would be stayed pending prepayment of the requisite filing fees. To date, no amended motion has been filed. Thus, it is for good cause

**ORDERED** Plaintiff's *Motion to Appear in forma pauperis* (Doc. 2) is **DENIED**. It is further **ORDERED** this lawsuit is **STAYED** pending prepayment of the requisite filing fees. Such fees must be paid on or before **July 9, 2007** or the Court will enter a recommendation this case be dismissed for failure to prosecute.

DONE this 21st day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE