IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-0402-MEF-TFM |
| CITY OF JACKSON'S GAP, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 5), the Court considers Plaintiff's *Motion to Show Cause* (Doc. 3, filed May 9, 2007) and *Motion to Use the Appendix System* (Doc. 4, filed May 9, 2007). For good cause, it is

**ORDERED** the *Motion to Show Cause* (Doc. 3) and *Motion to Use the Appendix System* (Doc. 4) are **DENIED**.

DONE this 28th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE