IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-402-MEF |
| | ) |
| CITY OF JACKSON'S GAP, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remove All Order and Recommendations made in this Case by Any Magistrate Judge (Doc. #10) on June 28, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 3rd day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE