IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-0402-MEF-TFM |
| | ) |
| CITY OF JACKSON'S GAP, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 5), the Court considers Defendants' *Request for Instruction* (Doc. 16, filed July 9, 2007).[1]

Service of process of the Complaint and Amended Complaint is currently stayed pending review of Plaintiff's claims under 28 U.S.C. § 1915. As such, no answer is due until the Court orders the Clerk to lift the stay of service and serve the defendants. To be clear, no answer is required at this time.

DONE this 10th day of June, 2007.

                                                /s/Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The document is titled Request for Instruction, but currently shows up as a "Motion to Clarify." With the above instructions, the "motion" has been resolved.