IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07cv402-MEF |
| | ) | |
| CITY OF JACKSON'S GAP, | ) | |
| | ) | |
| Defendant. | ) | |
| --------------------- | | |
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07cv406-MEF |
| | ) | |
| TALLAPOOSA COUNTY DISTRICT ATTORNEY OFFICE, *et al.,* | ) ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby ORDERED that the above-referenced cases are consolidated for further proceedings. Case No. 3:07-cv-402-MEF shall be the lead case, and the Clerk of Court is directed to docket this order in the above-referenced cases.

DONE this 17th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE