# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT, EASTERN DIVISION, AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
     Plaintiff

V;

Lead Case - 3:07cv402·MEF·TFM

DIST. COURT NO. 3:07 -CV- 00406 -MEF-TFM

TALLAPOOSA COUNTY and
TALLAPOOSA COUNTY SHERIFF DEPART.
     Defendants

## PLAINTIFFS BRIEF

**INTRODUCTORY:**

COMES NOW, GENE COGGINS, THE ABOVE PLAINTIFF WITH THIS BRIEF, IN ANSWER TO THE ILLEGAL **ORDER**, FILED 08 - 07 - 2007, BY U.S. MAGISTRATE JUDGE TERRY F. MOORE. THE ONLY ISSUE LEFT BEFORE THIS COURT IS; TO WHERE THEY ARE GOING TO HONOR AND ENFORCE THE DEFAULT AND DEFAULT JUDGMENT THAT WAS FILED ACCORDING TO THE FEDERAL RULES OF COURT 3, 4, 5, WITH THIS CONCEPT OF " THE DUE PROCESS OF LAW," THAT IS EMBODIED IN THE FIFTH AMENDMENT OF THE UNITED STATES

01.

CONSTITUTION, AND HAS PRESTIGE OVER ANY OTHER RULES OF LAW, THAT IS NOT LEFT FOR ANY COURT OR JUDGE TO CHANGE.  U.S.  V: Smith D. C. Iowa, 249 App. Supp. 515, 516..

**COURT ERRORS:**

1.     REFUSED TO HONOR THE COMPLAINT AND SUMMONS AS A PROPER SERVICE, WHEN I PLACED A COPY OF BOTH INTO THE UNITED STATES MAIL, SENT BY CERTIFIED MAIL, WITH RETURN RECEIPT MAILED BACK TO THE CLERKS OFFICE, OF THE UNITED STATES DISTRICT COURT.  UPON THE RECEIVING OF THIS RECEIPT, AS DONE ACCORDING TO THE FEDERAL RULES OF COURT RULE 3, 4, 5, THIS IS ONE OF THE THREE ACCEPTABLE METHODS, AS SET BY THE FEDERAL GOVERNMENT IN THE "DUE PROCESS OF LAW."

2.     WHEN THE TIME ALLOWED ( 20 DAYS FROM 06 -13- 2007) ON THE SUMMONS PASSED AND NO ANSWER RECEIVED FROM THE DEFENDANT, I . PRECEDED IN FILING A MOTION FOR DEFAULT AND DEFAULT JUDGMENT, AS REQUIRED.   THE SUMMONS HAS A REQUIREMENT FOR THE CLERK OF THE COURT TO FILE DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANT IF NOT ANSWERED WITHIN THE REQUIRED TIME, AND ALL JUDGMENT REQUIREMENTS ARE TO BE GRANTED AS ASKED FOR IN THE COMPLAINT.    SO FOR THIS COURT DON'T PRACTICE `THE GUARANTEED DUE PROCESS OF LAW.  THE COMPLAINT FILED AGAINST THE DEFENDANT, THAT AN ACTION HAS COMMENCED AGAINST

02.

HIM IN COURT , AND HE IS REQUIRED TO APPEAR WITH AN WRITTEN

ANSWER ON A GIVEN DAY, WITH AN ANSWER RETURNED TO THE CLERK

OF THE COURT, AS REQUIRED IN THIS FOREGOING ACTION. Dell 56 misc.

2d, 1017, 290, N. Y. S. 2d, 287, 289, Fed. R. Civil P. 4 (a).

3.       IN PLACE OF ABIDING BY THE RULES OF COURT OR THE DUE

PROCESS OF LAW, THE JUDGE TOOK ON THE ROLE OF PLAYING

ATTORNEY, AND JUDGE, FOR THE DEFENDANT, TRYING EVERY STALLING

METHOD POSSIBLE,   USING DIFFERENT RULES TO ARGUE HIS POINTS

WITH, TRYING TO CHANGE THE DEFENDANTS AS ORIGINALLY NAMED IN

THE COMPLAINT.  LIKE IN DOCUMENT 13 -1, FIRST PAGE, AND

FOOTNOTES, WHERE HE TRIED TO ADD TALLAPOOSA COUNTY DISTRICT

ATTORNEY OFFICE AS ONE OF THE DEFENDANTS, AND HAS TRIED FROM

THE BEGINNING OF THIS CASE TO REMOVE THE TALLAPOOSA COUNTY

SHERIFF DEPARTMENT, GIVING ALL KIND OF EXCUSES, IN ALABAMA LAWS

AND FEDERAL LAWS, NOT WILLING TO ACCEPT THE 11th AMENDMENT OF

THE UNITED STATES CONSTITUTION AS THE DOMINATING LAW ON THIS

SUBJECT.  WHERE ANY CITIZEN OF THIS STATE CAN SUE AND BE SUED BY

ANY OTHER CITIZEN FROM THIS STATE.  THESE GUARANTEED FEDERAL

LAWS HAVE BEEN PUT IN PLACE TO PROTECT THE PRIVATE CITIZEN FROM

ILLEGAL ACTION, AND NO COURT OR JUDGE CAN CHANGE THIS. PROCESS
.
4.       MOTION FOR ME TO APPEAR IN FORMA PAUPERS, THIS

GUARANTEED BY THE UNITED STATES CONSTITUTION WAS ALSO DENIED

IN MANY OF THE CASES I HAVE FILED. THIS RIGHT FOR EVERY CITIZEN TO APPEAR IN FORMA PAUPERS IN ANY COURT IN THE UNITED STATES IS A GUARANTEED CONSTITUTION RIGHT AS FOUND IN FED. R. App. P. 28-39, 48, 59 U. S. C. With no fees, cost, or giving security in any form, therefore added on. May V:Williams 17 Al. 23, (1849)..    NO COURT OR JUDGE HAS THE AUTHORITY TO DENY ANY GUARANTEED CONSTITUTION RIGHT. AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES.    THESE GUARANTEED RIGHTS ARE ESTABLISHED LAWS , DOMINATING BY THE CONSTITUTION , WITH PRESTIGE OVER ALL OTHER LAWS, AND ARE  NON - DEBATABLE.

5.    MOTION TO USE THE APPENDIX SYSTEM, AS SO GIVEN IN RULE 34 (A) & R. App. P. 30.. WAS ALSO DENIED MANY TIMES, AGAIN DENYING MY CONSTITUTIONAL RIGHTS.

6.    USING THE WORD, **DENIED**, ON EVERY ORDER THAT CARRIES A GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES CONSTITUTION, SHOWS NO RESPECT FOR INDIVIDUALS GUARANTEED RIGHTS AND BREAKING THE OATH OF OFFICE AND PERJURY.    Trinity Episcopal Corp. V: Rodney  W. D. C. N. Y. 347 F. Supp. 10444, 1084..

7.    THE RIGHT TO BE HEARD IN ANY COURT IN THIS LAND, AND ALL ISSUES MUST BE SETTLED THAT IS INVOLVED IN THIS CASE.    Botanic V: Beckon  Dickinson & Co.  486, U. S.  196, 201, 108, S. Ct. 1717, 1772, 100 L. E. D. 2d,178,. (1988). Lachine V: Duffy's Draft House, inc. 146, F. 3d,832, 817, (11th Cir.1980), Fed. R. Civil P.  56..          **04.**

8. REQUIRING A BRIEF FROM PLAINTIFF, AND NOT REQUIRING AN ANSWER FROM THE DEFENDANT, DENIES ANY GUARANTEED DUE PROCESS OF LAW, AS FOUND IN THE UNITED STATES CONSTITUTION. THIS IS ANOTHER ILLEGAL MOVE BY THIS COURT, TO PLAY THE ROLE OF DEFENDANTS ATTORNEY AND JUDGE. THIS ILLEGAL MOVE MAKES IT VERY HARD FOR THE PLAINTIFF TO PROPERLY PREPARE ANY BRIEF..

**AUTHORITY:**

I HAVE CHOSEN TO MANAGE MY OWN CASE, AS THE GIVEN RIGHT TO EVERY CITIZEN IN THE UNITED STATES, THAT EVERYONE HAS THE GUARANTEED CONSTITUTIONAL RIGHT, TO **REPRESENT THEM SELF IN ANY CASE , AND IN ANY COURT IN THIS LAND.** Code 1852, s/s 737, Code 1867, s/s 871, Code 1876, s/s 790, Code 1886, s/s 863, Code 1896, s/s 589, Code 1907, s/s 2981, Code 1923, s/s 6246, Code 1940 T. 46, s/s 41..

A STATE **CANNOT,** EXCLUDE A PERSON FROM THE PRACTICE OF LAW OR FROM ANY OTHER OCCUPATION, IN A MATTER OR FOR REASONS THAT CONTRAVENE THE DUE PROCESS OF OR EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT.. 535, U. S. At; 238 - 239. 77 S. Ct. At; 756..

THE PRINCIPAL AUTHORITY AS A REASONABLY PRUDENT MAN USING DILIGENCE AND DISCRETION PRINCIPALS, USUALLY INCLUDES WHAT EVER IS NECESSARY IN CARRYING OUT AND PROTECTING THE DUE PROCESS OF LAW AS FOUND IN THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION, AND AGAIN IN THE 14th AMENDMENT, WHICH PROTECTS A PERSON FROM STATE

ACTIONS,  WHERE THE PERSON IS GUARANTEED FAIR PROCEDURES AND

SUBSTANTIVE, UNDER SAFEGUARD FOR THE PROTECTION OF INDIVIDUALS

RIGHTS, AS ESTABLISHED IN OUR SYSTEM OF JURISPRUDENCE FOR THE

ENFORCEMENT AND PROTECTION OF PRIVATE RIGHTS.

**SERVICE:**

A PRECEPT IN WRITING USUALLY IN THE FORM OF A LETTER, THAT

REQUIRES AN ANSWER AT THE COMMENCEMENT OF A LAW SUIT, REQUIRING

THE PERFORMANCE OF A SPECIFIED ACT GIVING AUTHORITY TO HAVE IT DONE,

IN A SPECIFIED TIME.   THE EXHIBITION OR DELIVERY OF A SUMMONS, WRIT,

COMPLAINT, NOTICE OR ORDER AS GIVEN BY AN AUTHORIZED PERSON, TO A

PERSON WHO IS HEREBY NOTIFIED WITH A REASONABLE NOTICE TO

DEFENDANT, OF PROCEEDINGS TO APPEAR AND BE HEARD, IS MADE IN THE

FOLLOWING REQUIRED MANNER;

A.     TO ANY AUTHORIZED OFFICER OF THE LAW, YOU ARE HEREBY REQUIRED

        TO HAND DELIVER THIS SUMMONS AND COMPLAINT, TO THE PERSON

        LISTED HERE.

B.     BY PLACING IN THE UNITED STATES MAIL, SENT CERTIFIED WITH RECEIPT

        RETURNED BACK TO CLERKS OFFICE,

C.     HAVING THIS PUBLISHED IN THE LOCAL NEWS PAPER.

        THESE METHODS ARE THE ONLY WAY OF SERVICE AS FOUND IN, FED. R.

CIVIL P.  4 (e)..  THIS FORM OF SERVICE FURNISHES THE DEFENDANT A

REASONABLE NOTICE OF THE FOLLOWING PROCEEDINGS FILED AGAINST HIM

AND GIVES HIM SUFFICIENT OPPORTUNITY TO APPEAR AND BE HEARD OR TO

FORBEAR THE RESULTS, BY ANSWERING THE DEFAULT AND DEFAULT

JUDGMENT FILED AGAINST HIM, THAT REQUIRES A JUDGMENT ASKING FOR ALL

RELIEF AS FILED IN THE COMPLAINT... Chemical Specialties Sales Corp. Industrial

Division  V: Basic Inc. D. C . Conn. 296 F. Supp. 1106, 1107,  Fed. R. Civil P. 4; Fed. R. Crim.

P. 4, 49..

THE A CIVIL SUMMONS AND COMPLAINT WAS MAILED TO EVERY  DEFENDANT

LISTED IN THIS COMPLAINT, WITH NO EXCEPTIONS BY WAVER OR BY ANY ONE

OTHER THAN THE PLAINTIFF. WITH ALL SERVICES MADE IN AND ACCORDING TO

THE ABOVE FEDERAL RULES OF CIVIL PROCEDURES. THEREFORE SERVICE

CANNOT BE USED AS A MEANS OF DISMISSAL.  ANY PART OF RULE 28 USED TO

DENY MY GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES

CONSTITUTION, MY RIGHT TO BE HEARD IN ANY COURT IN THIS LAND, IS

ILLEGAL AND THE ONE USES THIS BACK DOOR METHOD IS ALSO GUILTY OF

BREAKING THE OATH OF OFFICE AND PERJURY, SHOULD CARRY THE SAME

PUNISHMENT AS ANY OTHER PERSON THAT COMMITS A FELONY..

THE CLERK OF THE COURT DID NOT ABIDE BY THE LAWS GOVERNING THE

DUE PROCESS WHERE HE INTENTIONALLY NEGLIGENCE OF HIS DUTY,

INTENTIONAL FRAUD BY DECEIVING ANOTHER BY NOT ACTING UPON,

CHEATING, CUNNING, BY CONCEALMENT OF HIS DUTY AS THE CLERK, WHERE

HE IS REQUIRED BY LAW, ( NOT ANY COURT ORDER OR BY ANY JUDGE, BUT

ESTABLISHED LAWS), TO ENTER DEFAULT AND DEFAULT JUDGMENT AGAINST

THE DEFENDANTS AS COVERED IN FEDERAL RULE 55.    THIS OVER RIDES ANY
COURT ORDERS THAT MAY DENY OR DISMISS THIS MOTION, FOR DEFAULT AND
DEFAULT JUDGMENT.    THIS IS ANOTHER PART OF THE GUARANTEED DUE
PROCESS, THAT NO COURT OR JUDGE CAN CHANGE OR HAS ANY AUTHORITY
OVER   ALL OF THIS DENIAL AND NEVER ACTED UPON BY THE CLERK, MAKES
THIS WRONGFUL ACT OF OMISSION EMBRACES THE DISHONESTY CARRIED OUT
BY THE CLERK.    Greco V: Kresge Co.  277, N. Y.  26, 12, N. E.  2d, 557,562..  Hilkert V:
Cannung 58, Arz.  290, 119, P.  2d, 233, 2366..  .

**JURISDICTION:**

THE UNITED STATES CONSTITUTION SET UP DISTRICT COURTS FOR LOCAL
CASES TO BE HEARD, IN THE PROPER JURISDICTION, AND FEDERAL DISTRICT
COURTS FOR TRIALS INVOLVING CONSTITUTION RIGHTS AND FEDERAL
QUESTIONS, AS GIVEN IN RULE 28 U. S. C. A. 81 s/s, et, seq, TO BE PROPERLY USED
FOR DIRECTIONS AND NOT TO DENY OR BLOCK ANY GUARANTEED DUE
PROCESS OF LAW, AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES.

WHEN ANY RULE OF LAW IS COVERED IN THE GUARANTEED DUE PROCESS
AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, COVERING THE RIGHT
FOR EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN COURT, WHERE
THIS CONCEPT OF THE DUE PROCESS OF LAW, IS EMBODIED IN THE FIFTH
AMENDMENT OF THE UNITED STATES CONSTITUTION, AND HAS PRESTIGE OVER
ANY OTHER RULE OF LAW, COURT ORDERS, OR JUDGES THAT ATTEMPT TO
IGNORE THIS PRE -ESTABLISHED, LAW,   THAT LEAVES HIM WITH NO GROUND
TO CHANGE OR IGNORE.. .                    **08.**

U. S. V: Smith D. C. Iowa, 249 Supp. 515, 516..

THE RIGHT AND POWER OF A COURT TO ADJUDICATE OVER ANY CASE AND FOLLOW TO THE END, THE SUBJECT MATTER MUST CONCERN THE GIVEN SUBJECT INVOLVED IN THAT CASE. Biddinger V: Fletcher 234, Ga. 501, 162, S. E. 2d, 414, 416. IT IS THE AUTHORITY BY WHICH COURTS AND JUDICIAL OFFERS TAKE COGNIZANCE OF AND DECIDE CASES.. Board of Trustees of Firemen's Relief and Pension Funds of the City of Marietta V: Brooks, 179, Okl., 600, 67, P. 2d, 4, 6, State V: True Me. 330, A. 2d, 787, IT EXIST ONLY, WHEN COURT HAS COGNIZANCE OF CLASS OF CASES INVOLVING BOTH PARTIES ARE PRESENT, AND POINTS TO BE DECIDED IS WITHIN THE PROPER POWER OF THE COURT.. United Cemeteries Co. V: Strother, 342, Mo. 1155, 119, S. W. 2d, 762, 765.. Harder V: Johnson, 147 Kan, 440, 76 P. 2d, 763, 764... In re De Camillis' Estate, 66, Mic. 2d, 882, 322, N. Y. S. 2d, 551, 556.. THE RIGHT AND POWER FOR A COURT TO ADJUDICATE CONCERNING THE SUBJECT MATTER IN ANY GIVEN CASE; Bidinger V: Fletcher 224, Ga. 501, 162, S. E. 2d, 414, 416.. ...THESE FACTS MUST EXIST BEFORE THE COURT CAN TAKE JURISDICTION OF ANY PARTICULAR CASE;

A.    THE DEFENDANT HAS TO BE SERVED ACCORDING TO THE DUE PROCESS OF LAW, AS GIVEN IN FEDERAL RULE 3, 4, 5, OF THE CODE OF CIVIL PROCEDURES.

B.    THE AMOUNT OF CONTROVERSY MUST EXCEED A CERTAIN SUM,

C.    AND THE PARTIES ARE CITIZENS OF THE UNITED STATES OF AMERICA.

Nobel V: Union River Logging Railroad Co. 147, U. S. 165, 13, S. Ct. 271, 37, L., Ed, 123..

AS BASED UPON THE MONETARY VALUE AND SUBJECT MATTER,

INVOLVED IN THIS ACTION.  FED.  R.  CIVIL P.  12 (B) (1) 92)..

     A CLAIM SHALL CONTAIN A SHORT AND PLAIN STATEMENT OF THE

GROUNDS UPON WHICH THE COURTS JURISDICTION DEPENDS.    LIKE THE ONE I

MADE ON THE FIRST PAGE OF MY ORIGINAL COMPLAINT, 'THIS COMPLAINT IS

FILED AGAINST THE DEFENDANTS, ABOVE THAT IS INVOLVED IN

DESTROYING MY CONSTITUTIONAL RIGHTS, AS AN AMERICAN

CITIZEN,"..THIS STATEMENT IS SO PLAIN EVEN ANY CHILD COULD

UNDERSTAND.    THIS CLAIM NEEDS NO NEW GROUNG TO SUPPORT  IT, FOR THIS

IS COVERED IN THE GUARANTEED RIGHTS OF THE UNITED STATES

CONSTITUTION, AND IS NON - DEBATABLE.

     THE LEGAL POWERS OF THIS COURT TO RENDER A JUST DECISION AND

PERSONAL JUDGMENT AGAINST THE DEFENDANT, IN THIS ACTION OR

PROCEEDINGS ARE FOUND IN; IMPERIAL v: Hardy La. 302, So. 2d, 05, 07..  THE

ONLY LEGAL POWERS LEFT IN THIS CASE FOR THIS COURT TO DECIDE, IS TO

ENFORCE THE REQUIRED DEFAULT AND DEFAULT JUDGMENT, FILED

AGAINST THE DEFENDANT IN THIS CASE.    WHERE JURISDICTION IS THE

POWER INTRODUCED FOR THE PUBLIC GOOD, OR FOR THE ACCOUNT OF

DISPENSING FAIR JUSTICE TO ALL CITIZENS, JURISDICTION IS NOT LIMITED TO

SUBJECT MATTER ONLY, OR THE AMOUNT SOUGHT FOR IN THE LITIGATION, BUT

FACTS MUST EXIST( AS GIVEN ABOVE IN A, B, C,), FOR THE FEDERAL COURT TO

HAVE PROPER JURISDICTION ON ANY PARTICULAR CASE..

**COST OF ACTION:**

THE LEGAL TERM FOR COST OF ANY COURT ACTION, IS COVERED UNDER MY GUARANTEED RIGHT BY THE UNITED STATES CONSTITUTION, THAT EVERY CITIZEN, HAS THE RIGHT TO APPEAR IN **FORMA PAUPERIS,** AS GIVEN IN FEDERAL RULE APP. P. 39, WITH NO FEES, COST, OR GIVING SECURITY IN ANY FORM OR OTHER RESTRICTIONS THEREFORE ADDED ON. FEDERAL RULE 28 - 39, U. S. C. May V: Williams 17 Al 23, (1849). WITH THIS BEING A PART OF THE GUARANTEED DUE PROCESS OF LAW, AS FOUND IN THE UNITED STATES CONSTITUTION, NO COURT OR JUDGE HAS THE AUTHORITY TO DENY OR USE THIS IN ANY FORM IN PREVENTING ANY CASE FROM PRECEDING IN ANY COURT..

**CAUSE OF ACTION:**

**THE RIGHT WHICH A PARTY HAS TO INSTITUTE A JUDICIAL PROCEEDINGS,** THE LEGAL EFFECT OF AN OCCURRENCE IN TERMS OF REDRESS TO A PARTY TO THE OCCURRENCE, A SITUATION OR STATE OF FACTS WHICH WOULD ENTITLE A PARTY TO SUSTAIN LEGAL ACTION AND GIVE HIM RIGHT TO DEMAND A JUDICIAL REMEDY IN HIS BEHALF.. Thompson V: Zurich Ins. Co. D. C. Minn.309 F. Supp. 1178, 1181.. THE UNLAWFUL INVASION OF ANOTHER PERSONS RIGHTS..

THE FIRST PAGE OF MY COMPLAINT STATED, IN THE MIDDLE OF THE

**11.**

PAGE IN LARGE BOLD BLACK LETTERS,**"THIS COMPLAINT IS FILED AGAINST THE DEFENDANTS ABOVE THAT IS INVOLVED IN DESTROYING MY CONSTITUTIONAL RIGHTS AS AN AMERICAN CITIZEN.**

THIS COMPLAINT IS SO SHORT AND SIMPLE THAT MY SEVEN YEAR OLD GRAND DAUGHTER UNDERSTANDS.

THE GUARANTEED CONSTITUTIONAL RIGHT FOR A SPEEDY TRIAL, IS GIVEN IN FEDERAL ACT OF 1974, SET OUT AND ESTABLISHED TIME LIMITS ON ALL EVENTS THAT ARE CARRIED OUT IN THE JUDICIAL SYSTEM, AS SO PLACED ON THE SHORT TERM CALENDER SO AS TO ASSURE A SPEEDY TRIAL   THE 7th AMENDMENT OF THE UNITED STATES CONSTITUTION REQUIRES A TRIAL BY AN IMPARTIAL JURY, EITHER **CIVIL** OR **CRIMINAL,** ON ALL ISSUES BETWEEN THE PARTIES, WHETHER THEY BE ISSUES OF LAW OR FACTS, WITH NO  RESTRAINTS, ILLEGAL COST ADDED ON, BEFORE A COURT THAT HAS PROPER JURISDICTIONS. Fed. R. Civil P. 38 (a), 48, 59, Fed R. Crim. P.  23, 33..

THIS GUARANTEED RIGHT FOR ALL ISSUES BETWEEN THE PARTIES, WHETHER ISSUES OF LAW OR FACTS MUST BE SETTLED, WITH BOTH PARTIES PRESENT, OR REPRESENTED BY COUNSEL, (DOES NOT MEAN THAT THE JUDGE CAN ACT AS TH DEFENDANTS COUNSEL), AND ALL ISSUES SETTLED. WHEN ANY RULE OF LAW IS COVERED BY THE GUARANTEED DUE PROCESS, AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, COVERING

**12.**

THE RIGHT FOR EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN COURT,

THIS CONCEPT IS EMBODIED IN THE FIFTH AMENDMENT OF THE UNITED STATES

CONSTITUTION, WHERE NO JUDGE, COURT ORDERS, OR ANY FORM OF DENYING

AND AVOIDING THIS GUARANTEED RIGHT CAN BE DESTROYED. U.S. V: Smith D.

C. Iowa, 249 App. Supp, 515, 516.

ANY ACTION FILED IN ANY COURT IS NOT MERELY TO COMMENCE OF BUT

MUST FOLLOW IT TO AN ULTIMATE CONCLUSION, BEFORE A TRIBUNAL, FOR THE

PURPOSE OF DETERMINING THE GUILTY OR INNOCENCE OF THE PERSON(S)

THAT IS CHARGED WITH THE CRIME.. U. S. V ; Reisinger 128, U. S. 396, 9, S. Ct. 99,

32, L. E. D. 480.

THE PAPER TRAIL LEFT BEHIND FROM THE CASES THAT I HAVE BEEN

INVOLVED IN, IS EVIDENCE OF THE DENIAL AND DESTROYING MY GUARANTEED

CONSTITUTIONAL RIGHTS, AS SET UP BY OUR GOVERNMENT, FOR THE

PROTECTION OF EVERY CITIZEN IN AMERICA.

ANY FORM OF DENIAL BY ANY COURT, OF ANY INDIVIDUALS

GUARANTEED DUE PROCESS OF LAW, BREAKS THE CONSTITUTION RIGHTS AS

SET OUT IN THE UNITED STATES CONSTITUTION FOR THE PROTECTION OF IT'S

CITIZENS AND ARE RESTRAINTS PLACED UPON THE GOVERNMENT, TO KEEP IN

CHECK, TO RESTRICT, HOLD BACK FROM ADVANCING PROCEEDINGS,  TO

PROTECT EVERY INDIVIDUALS RIGHTS.

THE TERM MALICIOUS, IS DESCRIBED, AS WILFULLY MISAPPLYING COURT

PROCESS TO OBTAIN OBJECTS NOT INTENDED BY LAW.   WITH THIS DEFINITION

**13.**

AS FOUND IN THE "BLACKS LAW DICTIONARY", MAKES THE USING OF THIS
ANOTHER ILLEGAL EXCUSE TO DENY MY DUE PROCESS OF LAW, AS GIVEN IN
THE UNITED STATES CONSTITUTION.   THE CONSTITUTION OF THE UNITED
STATES GIVES EVERY CITIZEN THE RIGHT TO BE HEARD IN ANY COURT, NO
JUDGE, COURT ORDERS, OR ANY FORM OF AUTHORITY HAS BEEN GIVEN ANY
POWER TO ABUSE, DENY, OR FAIL TO FOLLOW THIS DUE PROCESS OF LAW.
**FACTS OR EVIDENCE:**

1.   WHEN I FILED A WILL IN THE PROBATE COURT IN  TALLAPOOSA
COUNTY,  THE PROBATE JUDGE SET ON THIS FOR OVER TWO YEARS,
THEN I FILED AN APPEAL TO THE CIRCUIT COURT IN  TALLAPOOSA COUNTY,
AND SEVERAL MONTHS LATER I RECEIVED A NOTICE FROM THE CLERKS OFFICE,
THAT THE APPEAL WAS DENIED FOR NON - PAYMENT.   I WAS NEVER NOTIFIED
THAT I HAD OWED THEM ANYTHING.   HERE THE COUNTY BEGIN THE SERIES OF
ILLEGAL PROCESS OF LAW AND CONSTITUTION VIOLATIONS, LIKE THE RIGHT
FOR A SPEEDY TRIAL, THE 7th AMENDMENT OF THE UNITED STATES
CONSTITUTION GUARANTEES A TRIAL BY AN  IMPARTIAL  JURY, EITHER CIVIL
OR CRIMINAL ON ALL ISSUES BETWEEN THE PARTIES, WHETHER THEY BE
ISSUES OF LAW OR FACTS .ACT  of 1974, 18 U. S.  C.  s/s 3161 (8);  THIS ISSUE HAS
BEEN GOING ON FOR OVER FIVE YEARS AND NEVER SETTLED..

2.   DENYING MY RIGHT TO APPEAL, IS A GUARANTEED RIGHT TO APPEAL
ANY AND ALL DECISIONS MADE IN A LOWER COURT, WITHOUT ANY FORM OF
FEES, COST, BOND, OR GIVING ANY FORM OF SECURITY, ADDED ON, NO

**14.**

RESTRAINTS. ADDED ON.. Fed Rule App 28 - 38, 48, 59, Fed. R. Crim. P. 23 - 33.

3.    THE RIGHT TO BE HEARD IN ANY COURT IN THIS LAND, AND ALL ISSUES

MUST BE SETTLED THAT IS INVOLVED WITH THIS CASE.   Botanic V: Beckon

Dickinson & Co.   486, U. S.  196, 201, 108, S. Ct. 1717, 1772, 100 L. E. D.  2d, 178, (1988),

Lachine V: Duffy's Draft House, Inc.  146 F.  3d, 832, 817, (11th Cir. 1980), Fed.  R.  Civil P.

56.

4.    THE LEGAL TERM FOR COST OF ANY COURT ACTION, GIVES EVERY

CITIZEN THE RIGHT TO APPEAL, WITH NO FEES, COST, OR GIVING SECURITY IN

ANY FORM THERE OF, OR ANY OTHER FORM OF RESTRICTIONS,   THIS RIGHT IS A

GUARANTEED DUE PROCESS OF LAW, COVERED BY THE UNITED STATES

CONSTITUTION, THAT NO JUDGE CAN DENY, COURT ORDER OR ANY OTHER

FORM OF OMISSION.    FEDERAL RULE 28 - 39, U. S. C.  May V: Williams 17, Al.  23,

(1849)..

5.    WHEN A PREJUDICIAL ERROR OCCURS IN ANY COURT, THE PLAINTIFF HAS

OBLIGATIONS, LEGAL RIGHTS, AND GROUNDS FOR A NEW TRIAL, OR REVERSAL

OF JUDGMENT WHICH MAY AFFECT OR PRESUMPTIVELY AFFECT ANY THREAT

TO WHAT HAS BEEN TERMED AN ACCUSED SIGNIFICANT STAKE,

PSYCHOLOGICAL, PHYSICAL, AND FINANCIAL, IN THE PROCESS WHICH MAY

ULTIMATELY DEPRIVE HIM OF LIFE LIBERTY, PROPERTY, OR PRECEPT OF

HAPPINESS.   U.S. Dryer, C. A. N. J. 533, Fed. 2d, 112, 115.    A PREJUDICIAL ERROR

AFFECTS THE PLAINTIFFS LEGAL RIGHTS AND OBLIGATIONS.   Erskine V: Upham,

56 Cal. App.  2d, 235, 132, P.  2d, 219, 228.   Trepanier V: Standard Min. & Mill Co.  58, Wyo.

**15.**

29, 123, P. 2d, 378, 380.. SUCH ACTION IN ANY CIVIL OR CRIMINAL CASE WOULD
RESULT IN GROUNDS FOR A NEW TRIAL OR REVERSAL OF JUDGMENT. Fed. R.
Civil P. 59. A PREJUDICIAL ERROR IS ONE WHICH EFFECTS THE FINAL RESULTS
OF THE TRIAL. State V: Gilcrist 15 Was. App. 892 P. 2d, 690, 693. Sheppard V: Maxwell
384, U. S. 333, 86, S. Ct. 1507, 16, L. E. D. ,2d, 600..

6.    ALL THE TIMES I REPORTED TO THE TALLAPOOSA COUNTY SHERIFF
OFFICE, ABOUT THE ILLEGAL BREAK -INS, STEALING, DAMAGES DONE TO MY
HOUSE AND PROPERTY, THAT MY NEPHEW, (MIKE COGGINS), WAS MAKING,
THEYNEVER MADE ANY EFFORT TO STOP HIM. THERE WERE NEVER ANY
INVESTIGATIONS MADE AS TO THE ACTUAL PROPERTY OWNER ( BY TRUE
DEED), OR ANY OTHER WRITTEN DOCUMENT. AFTER TRYING TO HAVE THE
SHERIFF OFFICE TO STOP THIS ILLEGAL DAMAGES, (DOZEN OF TIMES), BEING
DONE TO MY HOUSE, AFTER TELLING MIKE MANY TIMES TO STAY OFF OF THIS
PROPERTY, WITH NO RESULTS. ONE THURSDAY, I WENT BY TO CHECK ON THE
HOUSE, AND MIKE HAD REMOVED THE OUTSIDE DOORS AND STOLE MANY
THINGS FROM THE HOUSE. THEY SENT A DEPUTY OUT AND MADE PICTURES,
WITH NO RESULTS OR ANY ACTION TAKEN. WHEN I WENT BY THE SHERIFF
OFFICE TO MAKE OUT ANOTHER REPORT. AND TRIED TO SWEAR OUT ANOTHER
WARRANT WITH NOTHING DONE,. BEFORE LEAVING, THE SHERIFF CAME OUT
AND TOLD ME THAT JACKSON'S GAP POLICE DEPARTMENT HAD A WARRANT
OUT FOR MY ARREST, I. WAS PLACED IN JAIL AND ABOUT TWO HOURS LATER
THE JACKSON'S GAP, POLICE OFFICER CAME IN AND MADE OUT THE ARREST

**16.**

WARRANT AGAINST ME FOR DOMESTIC VIOLENCE AND MENACING. HERE
AGAIN THE TALLAPOOSA COUNTY SHERIFF DEPARTMENT VIOLATED MY
GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES
CONSTITUTION..IN AMENDMENT NO. FIVE, NO PERSON SHALL BE HELD TO
ANSWER FOR ANY CRIME OR OTHER WISE, ANY INFAMOUS CRIME, UNLESS AN
INDICTMENT HAS BEEN ISSUED BY A GRAND JURY. NO CITY, COUNTY, OR
STATE CAN CHANGE THIS OR CREATE THEIR OWN METHODS, LIKE ABOVE BY
PLACING IN JAIL FIRST BEFORE THE WARRANT HAD BEEN SERVED, HOLDING
ANYONE FOR TWELVE HOURS IN JAIL BEFORE ANY INDICTMENT.   WHERE
THERE ARE UNEDUCATED PEOPLE PLACED IN PUBLIC OFFICES, MAKING THIS
KIND OF ARREST AND FILING CHARGES AGAINST LOCAL RESIDENTS THAT HAVE
A TRUE DEED TO THIS PROPERTY AND TRYING TO DO THE JOB OF KEEPING
TRESPASSERS FROM DESTROYING PRIVATE PROPERTY, THEY ARE REQUIRED BY
THEIR OATH OF OFFICE TO PROTECT, BUT INSTEAD THE SHERIFF CHOOSES TO
SUPPORT A LIFE TIME CRIMINAL, DRUG PUSHER, DOPE ADDICT, THAT STEALS
AND DESTROYS EVERY THING HE CAN, TO SUPPORT HIM AND HIS HABITS.. ...

7.       WHEN I HAD A WARRANT SWORN OUT FOR MIKE COGGINS, FOR STEALING
AND DESTRUCTION OF PRIVATE PROPERTY, IT WAS NEVER SERVED. AGAIN
THE TALLAPOOSA COUNTY SHERIFF DEPARTMENT DENIES ANY ONE ANY
GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES
CONSTITUTION. AMENDMENT NO 4 IN THE UNITED STATES CONSTITUTION,
STATES"THAT EVERY CITIZEN HAS THE RIGHT TO BE SECURE IN THEIR OWN

17.

HOUSES, PAPERS, AND OTHER EFFECTS AGAINST UNREASONABLE SEARCHES
AND SEIZURES, SHALL NOT BE VIOLATED AND NO WARRANT SHALL BE ISSUED,
BUT UPON PROBABLE CAUSE..   THIS HAS BECOME A REGULAR THING WITH THE
ABOVE DEFENDANTS, FOR THEY DON'T BELIEVE IN THE GUARANTEED DUE
PROCESS OF LAW AS GIVEN IN THE UNITED STATES CONSTITUTION, OR ANY
FEDERAL LAW THAT MAY APPLY TO THEM, THEY HAVE THE ATTITUDE
PROBLEM, THAT THEY CAN DO NO WRONG AND THEY HAVE THE RIGHT TO
DECIDE WHAT LAWS THEY WANT TO USE AND TO WHOM THEY CHOOSE TO
APPLY THEM TO.

OTHER EVIDENCE CAN BE FOUND IN THE CASES I FILED AND HAVE HAD
FILED AGAINST ME IN TALLAPOOS COUNTY.   THE APPEAL TO THE FEDERAL
DISTRICT COURT CAN BE FOUND IN THE CLERKS OFFICE IN THE  UNITED STATES
DISTRICT COURT IN MONTGOMERY, ALABAMA .

WHEN ALL OF THESE COURT RECORDS ARE PRESENTED THIS CONCLUSIVE
EVIDENCE, BEARS OUT THE FACTS OF MY CLAIM AGAINST THE DENYING AND
DESTROYING MY CONSTITUTION RIGHTS.    THIS CONCRETE EVIDENCE
PROVIDES THE MATERIAL NEEDED FOR THE JUDGMENT REQUESTED IN MY
ORIGINAL COMPLAINT, THAT STATES, **THIS COMPLAINT IS FILED AGAINST THE
DEFENDANTS, ABOVE THAT IS INVOLVED IN DESTROYING MY
CONSTITUTIONAL  RIGHTS, AS AN AMERICAN CITIZEN.**    AL OF THIS BRIEF
DESCRIBES THIS AS THE ILLEGAL METHODS, THE DEFENDANTS USED IN

**18.**

DENYING ME MY GUARANTEED RIGHTS.   THIS MEANS SANCTIONED BY LAW OF
ASCERTAINING IN A JUDICIAL PROCEEDING RESPECTING OF THE TRUTH.  .

    THE OATH OF OFFICE BINDS THAT PARTY WHEN THEY ASSUME, OR IS
CHARGED WITH THAT OFFICE, HEREBY DECLARING THAT THEY WILL
**FAITHFULLY** AND **TRUTHFULLY,** DISCHARGE THE DUTIES OF THAT OFFICE AND
UP - HOLD ALL THE LAWS EQUALLY, AS SO GIVEN IN THE CONSTITUTION OF THE
UNITED STATES OF AMERICA, AND STATUES THAT MAY APPLY TO THAT
PARTICULAR CASE.   ART. VI, U. S. CONSTITUTION.   THAT THIS ATTESTATION
OR PROMISE IS UNDER A IMMEDIATE SENSE OF RESPONSIBILITY TO **GOD.**
WHERE ONE WILLFULLY ASSERTS UNTRUE STATEMENTS ARE PUNISHABLE FOR
PERJURY AND GUILTY OF A FELONY, BY BREAKING THIS OATH OF OFFICE.
ART. II Sec. I U. S. Const.  Vaughn V: State 146, Tex. Cr. R. 585, 177, S. W. 2d, 59, 60..

    ANY ACTION FILED IN COURT IS NOT MERELY TO COMMENCE OF, BUT
MUST FOLLOW IT TO AN ULTIMATE CONCLUSION, BEFORE A TRIBUNAL, FOR THE
PURPOSE OF DETERMINING THE GUILTY OR INNOCENCE OF THE PERSON THAT IS
CHARGED WITH THE CRIME..   U.S.  V: Reisinger 128, U.  S. 396, 9, S.  CT.99, 32, L. E. D.
480..

    UNDER THE FEDERAL RULES OF COURT, 3.  4..5, THE GUARANTEED DUE
PROCESS OF LAW, AT THE BEGINNING OF ANY ACTION THE COMPLAINT AND
SUMMONS MUST BE FILED WITH THE CLERK OF THAT COURT AND DATE GIVEN
FOR THE TIME THAT THE ANSWER MUST BE RECEIVED OR THE DEFENDANT HAS
TO BARE THE FOREGOING RESULTS, AS ASKED FOR IN THE COMPLAINT.   WHEN

**19.**

THE ANSWER IS NOT RECEIVED WITH IN THE REQUIRED TIME LIMIT, AS GIVEN
ON THE SUMMONS,   DEFAULT AND DEFAULT JUDGMENT MUST BE ENTERED
AGAINST THEM..   THE DEFENDANTS WERE PROPERLY SERVED BY CERTIFIED
MAIL, WITH RECEIPT RETURNED BACK TO THE CLERKS OFFICE, AS REQUIRED AS
ONE OF THE PROPER METHODS OF SERVICE, IN THE FEDERAL RULES OF CIVIL
PROCEDURES..  THE PROCESS THAT LEADS UP TO THE FILLING OF DEFAULT AND
DEFAULT JUDGMENT AGAINST THE DEFENDANTS WAS SET UP UNDER THE DUE
PROCESS OF LAW AS ESTABLISHED IN THE GUARANTEED RIGHTS OF THE
UNITED STATES CONSTITUTION, THIS GIVES NO COURT OR JUDGE THE RIGHT TO
USE ANY FORM OF **DENIED**, PLACE ANY RESTRICTIONS UPON ANY FORM OR
USING ANY OTHER RULE OF LAW IMPROPER OR ILLEGAL, BECAUSE OF THIS
GUARANTEED PROCESS..  WHEN THE DEFENDANTS FAILED TO ANSWER THE
COMPLAINT IN THE SPECIFIED TIME,   BY LAW, FEDERAL RULE NO.  55,THEY
LOST ALL OF THEIR RIGHTS IN THIS CASE.   WHEN DEFAULT AND DEFAULT
JUDGMENT WAS PLACED AGAINST THEM,  THE ONLY THING LEFT FOR THE
COURT TO DO, IS DETERMINE THE CORRECT AMOUNT OF JUDGMENT
REQUESTED AGAINST THEM.   ALL OF THIS DENIAL AND NEVER ACTED UPON BY
THE CLERK, MAKES THIS WRONGFUL ACT OF OMISSION EMBRACES THE
DISHONESTY, OF PERFORMANCE, AS CARRIED OUT BY THE CLERK.  Greco  V:
Kresege  Co.  277  N. Y.  26,   12, N. E.  2d, 557, 562..  Hilkert V: Canning   58, Ariz.  290, 119,
P.  2d, 233, 236..

:

**20.**

..

**WHERE ONE WILLFULLY ASSERTING UNTRUE STATEMENTS ARE**

**PUNISHABLE FOR PERJURY AND ARE ALSO GUILTY OF A FELONY, BY**

**BREAKING THIS OATH OF OFFICE.. ART. II Sec. I U. S. Const.  Vaughn V: State**

**146, Tex**. Cr.  R.  585, 177, S. W.  2d, 59, 60..

JUDGMENT AS FOUND IN THE ORIGINAL COMPLAINT:

**JUDGMENT:**

1.    A FINE OF ONE MILLION DOLLARS, FOR EVERY DEFENDANT, FOR

DESTROYING MY GUARANTEED CONSTITUTIONAL RIGHTS.

2.    FOR FRAUD AND NEGLIGENCE CHARGES, ONE MILLION DOLLARS, PER

DEFENDANT.

3.    FOR ALLOWING MIKE COGGINS TO STORE HIS JUNK IN MY HOUSE AND ON

MY PROPERTY, A FINE OF TEN THOUSAND DOLLARS ($10,000.00), PER DAY,

FROM DAY OF SERVICE, UNTIL REMOVED..

4.    FOR CONVERGING AND PROTECTING A DRUG ADDICT AND THIEF, MIKE

COGGINS, NOT PROVIDING  PROTECTION TO PROPERTY OWNER, A FINE OF

FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) PER DEFENDANT.

5.    FOR MAKING ILLEGAL ARREST AND TIME I SPENT IN JAIL, ARRESTED

BEFORE A WARRANT WAS SERVED, DENYING MY DUE PROCESS OF LAW, A

FINE OF ONE MILLION DOLLARS.

6.    IF ANY ADDITIONAL APPEALS HAVE TO BE MADE, THE TOTAL JUDGMENT

IS TO BE TRIPLED,  FOR EVERT APPEAL.

7.    IF ANYONE INVOLVED IN THIS CASE, LIKE SHERIFF, INVESTIGATORS, OR
       CLERK , FAILS TO CARRY OUT THEIR REQUIRED DUTY, A FINE OF TEN
       THOUSAND DOLLARS PER DAY MUST BE ADDED.

8.    FOR NOT ENFORCING THE PERMANENT RESTRAINING ORDER AGAINST
       MIKE COGGINS, AND THE ONE REQUIRED IN NOT ANSWERING THE
       COMPLAINT I FILED AGAINST HIM THAT RESULTED IN DEFAULT AND
       DEFAULT JUDGMENT BEING FILED AGAINST HIM, UNDER ALABAMA LAW,
       AS LISTED ON THE SUMMONS, EVERYTHING ASKED FOR IN THE
       COMPLAINT MUST BE GRANTED, A FINE OF TEN THOUSAND DOLLARS PER
       DAY FROM  SERVICE,   UNTIL FINAL..

9.    FOR NOT SERVING THE WARRANT ON MIKE COGGINS, FOR STEALING, AND
       DESTRUCTION OF MY PROPERTY.    THIS WAS REPORTED OVER 15 TIMES
       WITH NO RESULTS, THEREFORE AN ADDITIONAL THREE MILLION
       DOLLARS WOULD BE AN APPROPRIATE FINE.   AGAIN DENYING MY
       GUARANTEED DUE PROCESS OF LAW

       THE SAME JUDGMENT APPLIES TO BOTH CIRCUIT CLERKS, FRANK LUCUS,
CIRCUIT CLERK OF TALLAPOOSA COUNTY, AND THE CLERK OF THE UNITED
STATES DISTRICT COURT, FOR NOT ABIDING BY THE LAWS THAT GOVERN THE
FILING OF DEFAULT AND DEFAULT JUDGMENT, AS FOUND IN THE FEDERAL
RULES 3, 4, 5, AND IN RULE 55..  WHEN DEFAULT AND DEFAULT HAS BEEN
ENTERED AGAINST A DEFENDANT (s), BY THE PLAINTIFF, THE CLERK IS
ORDERED BY GIVEN LAWS TO ENTER THIS AGAINST THE DEFENDANTS, AND

WHAT EVER JUDGMENT IS ASKED FOR IN THE ORIGINAL COMPLAINT, ALL MUST
BE GRANTED.   THIS WAS NEVER ACTED UPON BY THE CLERK, AS REQUIRED BY
ESTABLISHED LAWS THAT GOVERN THIS PROCEDURE.     AGAIN THIS IS A GIVEN
LAW NOT TO BE DENIED BY ANY JUDGE, OR COURT,   THIS WRONGFUL ACT OF
OMISSION EMBRACES THE DISHONESTY CARRIED OUT BY THE CLERK.. Greco V:
S. S. Kresge Co. 1777, N. Y. 26, 12, N. E. 2d, 557, 562.. Hilkert V: Canning 58 Ariz. 290,
119, P. 2d, 233, 236..   THE CLERKS ONLY ROLL IN ANY CASE IS TO KEEP THE
PAPER WORK AND PROPERLY FILE THIS, AS REQUIRED BY LAW FOR THE COURT
AS NEEDED.     ANY OTHER PART THAT BREAKS THEIR OATH OF OFFICE, IS
GUILTY OF A FELONY AND PERJURY, AND DESERVES THE SAME PUNISHMENT AS
ANY OTHER CRIMINAL.. .

        DUE TO THE TIME ALREADY KILLED IN THIS CASE, I AM WILLING TO MAKE
A ONE TIME SETTLEMENT GOOD UNTIL AUGUST 30, 2007,, AGAINST
THE DEFENDANTS AS FOLLOWING;

1.     THE DEFENDANT  TALLAPOOSA  COUNTY,  A FINE OF THREE MILLION
DOLLARS( $3,000,000.00), AND REMOVAL OF ANY AND  ALL CHARGES MADE
AGAINST ME IN TALLAPOOSA COUNTY COURT SYSTEM.   POST A TEN MILLION
DOLLAR BOND IN CIRCUIT COURT THAT I, (GENE COGGINS), CAN NEVER BE
CHARGED WITH ANY DREAMED UP, OR FORM OF CHARGES FOR AS LONG AS I
LIVE.

2.     THE DEFENDANT, TALLAPOOSA COUNTY SHERIFF DEPARTMENT, A FINE
OF FIVE MILLION DOLLARS,  A COST OF $10, 000. 00 A DAY FOR JUNK YOU HAVE

Case 3:07-cv-00402-MEF-TFM Document 29 Filed 08/23/2007 Page 24 of 30

SUPPORTED MIKE COGGINS, IN STORING IN MY HOUSE AND ON MY PROPERTY, IS PRESENTLY UNTIL AUGUST 30, 2007, EQUAL TO $750,000.00.. WITH PRICE TO TRIPLE AFTER THIS DATE. THE SHERIFF IS TO RESIGN AND SIGN AN AGREEMENT NEVER TO RUN FOR ANY PUBLIC OFFICE OR WORK IN ANY PUBLIC OFFICE. FOR THE REMINDER OF HIS LIFE, AND POST A BOND WITH THE CLERKS OFFICE OF $5,000,000.00 GUARANTEEING THIS..

3. TALLAPOOSA COUNTY CLERK, A FINE OF ONE MILLION DOLLARS FOR NOT ABIDING BY THE GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES CONSTITUTION, AND THE FILING DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS MIKE COGGINS, AND DIANNE HARRELSON, AND THE REQUESTED PERMANENT RESTRAINING ORDER THAT WAS REQUESTED IN THE COMPLAINT. A LETTER OF RESIGNATION, WITH NEVER TO RUN FOR OR TAKE ANY PART IN A PPUBLIC OFFICE AGAIN FOR THE REST OF HIS LIFE...

4. CLERK OF THE UNITED STATES DISTRICT COURT, A FINE OF ONE MILLION DOLLARS, FOR NOT ABIDING BY THE GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES CONSTITUTION, AND THE FILING DEFAULT AND DEFAULT JUDGMENT AGAINST THE ABOVE DEFENDANTS, AS REQUIRED IN THE DUE PROCESS OF LAW, AND FOUND ON THE SUMMONS THAT WAS DELIVERED.

**CONCLUSION:**

THE MAJOR PROBLEM IN THIS CASE CAME, WHEN THE JUDGE TRIED TO PLAY TWO ROLLS, ACTING AS A JUDGE AND ATTORNEY FOR THE DEFENDANT AT

**24.**

THE SAME TIME.    AFTER PROPER SERVICE WAS MADE BY PLACING THE

COMPLAINT AND SUMMONS IN THE UNITED STATES MAIL, WITH PROPER

POSTAGE AND SENT TO THE LAST KNOWN ADDRESS OF THE DEFENDANTS, AND

SENT CERTIFIED WITH RETURN RECEIPT SENT TO THE CLERK OF THE COURT.

TH JUDGE TRYING TO ACT AS ATTORNEY FOR THE DEFENDANT AND

JUDGE, TRIED  EVERY ILLEGAL METHOD HE COULD COME UP WITH TO DISSOLVE

THIS CASE.   NOT CARRYING ABOUT THE PLAINTIFFS GUARANTEED

CONSTITUTIONAL RIGHTS TO THE DUE PROCESS OF LAW,   THAT GIVES EVERY

CITIZEN THE RIGHT TO BE HEARD IN ANY COURT IN THIS LAND.

AFTER ALLOWING THE PROPER TIME FOR AN ANSWER AND NEVER

RECEIVED ONE, I FOLLOWED THE DUE PROCESS OF LAW BY FILING DEFAULT

AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS.     THIS IS THE ONLY

LEGAL ISSUE BEFORE THIS COURT AT THIS TIME INVOLVING THIS CASE.   THE

CLERK .IF REQUIRED BY LAW TO FILE THIS DEFAULT AND DEFAULT JUDGMENT,

WITHOUT ANY COURT ORDER OR JUDGES OPINION.    THESE ESTABLISHED

LAWS ARE NOT MADE FOR ANY COURT OR JUDGE TO MAKE ANY DECISIONS ON

O R TO  INTER FEAR WITH , FOR THEY ARE ESTABLISHED BY THE LAW MAKING

BODY OF THE UNITED STATES GOVERNMENT. SINCE THIS COURT IS GUILTY IF

PLACING ILLEGAL USAGE OF DIFFERENT LAWS TO ASSIST THE DEFENDANT

WITH, USED THE TERMS OR WORDS **DISMISSED,** IS ILLEGAL,   BEFORE  A CASE

HAS BEEN HEARD,   TRYING TO BLOCK PROPER SERVICE,   USING A JUDGE THAT

IS INVOLVED WITH THE PLAINTIFF, WITH CRIMINAL AND PERJURY CHARGES

**25.**

FILED WITH THE DISTRICT ATTORNEY AGAINST HIM, SAME CONSTITUTIONAL
VIOLATIONS CHARGES FILED WITH THIS COURT AGAINST HIM.    . THIS ETHICS
VIOLATION, MAKES EVERY THING HE DOES ILLEGAL, AND CREATES MORE
PROBLEMS IN THESE CASES.


GENE COGGINS

**26.**

# CERTIFICATE OF SERVICE

1, __GENE COGGINS__ ,DO HEREBY DECLARE UNDER THE PENALTY OF **PERJURY**,  THAT I HAVE PLACED UPON THIS DAY A COPY OF THE COMPLAINT AND SUMMONS IN THE U.S. MAIL, SENT CERTIFIED WITH RETURN RECEIPT, TO OFFICE OF THE CLERK,   WITH PROPER POSTAGE, AND TO THE LAST KNOWN ADDRESS OF THE DEFENDANT.

GENE COGGINS Pro d             **DATE AUGUST 20, 2007**

# INDEX

| ITEM | PAGE NO. |
| --- | --- |
| 1. | INDEX........................................................ |
| 2. | LAWS, SIGHTED CASES.................................... |
| 3. | PLAINTIFFS BRIEF.......................................... 1 - 26 |
| 4. | INTRODUCTORY............................................... 1 |
| 5. | COURT ERRORS............................................. 2 - 5 |
| 6. | AUTHORITY.................................................. 5 - 8 |
| 7. | JURISDICTION............................................... 8 - 11 |
| 8. | COST OF ACTION........................................... 11 |
| 9. | CAUSE OF ACTION......................................... 11 - 21 |
| 10. | JUDGMENT.................................................. 21 - 24. |
| 11. | CONCLUSION............................................... 24 - 26 |
| 12 | CERTIFICATE OF SERVICE................................ 27 |

# LAWS AND CITED CASES

1.    UNITED STATES CONSTITUTION

     A.      AMENDMENT.......................................................................... NO. 05
     B.      AMENDMENT.......................................................................... No. 11
     C.      AMENDMENT.......................................................................... No. 14
     D.      AMENDMENT.......................................................................... No. 07
     E.      AMENDMENT.......................................................................... No. 04
     F.      AMENDMENT..........................................................................
     G.      AMENDMENT..........................................................................

2.    FEDERAL RULE.......3, 4, 5, 4(a), 4 (e), 28 - 39, 48, 59, 34(a) )(r),P.30, 56, 55, 12 (b)
     (1) (92), 38 (a) 48, 59, F.R.Crim P. 23 -33,

3.    STATUES,    ..Fed. Act 1974, 18 U. S. C.  s/s 3161 (8).

4     CODES.  1852, s/s 737, Code 1867, s/s 871,, Code1876, s/s 790, Code 1886, s/s 863,
     Code 1896, s/s 589, Code 1907, s/s 2981, Code 1923, s/s 6246, Code 1940, T.  46, s/s
     41...

5.    ARTICLE NO. VI, II, SEC. I U.S.CONST.

6.    CASES CITED..

     A.      U.S.  V: Smith D. C.  Iowa, 249, App.  Supp.  515, 516..
     B.      Dell 56 Misc. 2d, 1017, 290, N. Y.  S. 2d, 287, 289.
     C.      May V: Williams 17 Al 23 (1849),
     D.      Trinity Episcopal Corp.  V: Rodney, W. D. C.  N. Y.  347 F. Supp. !0444,1084.
     E.      Botanic V: Beckon  Dickerson & Co.  486, U. S 196, 201, 108, S. Ct. 1717, 1772,
           100 L. E. D.. 2d, 178, (1988).
     F.      LaChine V: Duffy's Draft House, Inc.  146, F.  3d, 832, 817, (!!th Cir. 1980)..
     G.      535, U.S.  At; 238, 239, 77, S. Ct.  Ay; 756.
     H      Chemical Specialties Sales Corp.Ind. Div.  V: Basic Inc.  D.C.  Conn.  296 F.
           Supp. 1106, 1107, F. R. Crim. P.4, 49
     I.      Greco V: Kresege Co.  277, N. Y.  26, 12, N. E. 2d, 557, 562.
     J.      Hilkert V: Canning 58 Arz. 290, 119, P.  2d, 233, 2366..
     k      U. S.  V: Reisinger 128, U.S.  396, 9, S. Ct.  99, 32, L. E. D.  480...
     L      Biddinger V: Fletcher 134, Ga.  501, 162, S. E.  2d,414, 416..
     M.      Board of Trustees of Firemans Relief and Pension Funds of the City of Marietta
           V: Brooks 179, Okl. 600, 67, P. 2d, 4, 6.
     N      State V: True Me.  330, A, 2d, 787.
     O      United Cemeteries Co.  V: Strother, 342, Mo. 1155, 119, S. W.  2d, 762, 765..

P.   Harder V: Johnson, 147 Kan.  440, 76 P. 2d, 763, 764..
Q.   De Camillis' Estatee 66 Mis. 2d, 882, 322, N. Y.  S. 2d, 551, 556.
R.   Bidinger V: Fletcher, 224, Ga.  501, 162, S. E.  2d,414, 416,,
S.   Nobel V: Union River Logging Railroad Co.  147,. S. Ct. 271, 37, L. E. D. 123,
T.   Imperial V: Hardy La. 302, So. 2d, 05, 07..
U.   Thompson V: Zurich Ins.  Co.  D. C. Minn.  309, F.  Supp. 1178, 1181.
V.   U. S.   Dryer, C. A. N. J.  533, Fed. 2d, 112,115..
W.   Erskine V: Upham, 56, Cal.  App. 2d, 235, 1322, P.  2d, 219, 228..
X.   Trepanier V: Standard Min. & Mill Co.  58 Wyo. 29, 123, P.  2d, 378, 380.
Y.   State V: Gilerist, 15 Was. App. 892, P. 2d, 690, 693..
Z.   Sheppard V; Maxwell, 384, U.S.  333, S. Ct.  1507, 16, L.E. D. 2d, 600.

a.   Vaughn V: State 146, Tex.  Cr.  R.  585, 177, S. W.  2d, 59, 60..