IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07cv402-MEF |
| | ) | |
| CITY OF JACKSON'S GAP, | ) | |
| | ) | |
|    Defendant. | ) | |
| ----------------------------- | | |
| GENE COGGINS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07cv406-MEF |
| | ) | |
| TALLAPOOSA COUNTY DISTRICT ATTORNEY OFFICE, *et al.,* | ) | |
| | ) | |
|    Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's "Motion to Clear Records" (Doc. #30) filed on August 24, 2007 which the court construes to be a motion for reconsideration, it is hereby

ORDERED that the motion is DENIED.

DONE this the 31st day of August, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE