IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GENE COGGINS,

    Plaintiff,

v.

CITY OF JACKSON'S GAP, ET AL.,

    Defendants,

CASE NO. 3:07-cv-00402-MEF-TFM

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Tallapoosa County, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity            Relationship to Party

9/5/2007
Date

(Signature)

Winthrop E. Johnson
(Counsel's Name)

Tallapoosa County
Counsel for (print names of all parties)

7475 Halcyon Pointe Dr.
Montgomery, AL 36117
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, Winthrop E. Johnson, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of September 20 07, to:

GENE COGGINS, PLAINTIFF

9/6/2007
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GENE COGGINS,

　　　　Plaintiff,

v.                                                    CASE NO. 3:07-cv-00406-MEF-SRW

TALLAPOOSA COUNTY,

　　　　Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Tallapoosa County, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity　　　　　　　　　Relationship to Party

9/5/2007
Date

(Signature)
Winthrop E. Johnson
(Counsel's Name)
Tallapoosa County
Counsel for (print names of all parties)
7475 Halcyon Pointe Dr.
Montgomery, AL 36117
Address, City, State Zip Code
334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, Winthrop E. Johnson, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of September 20 07, to:

GENE COGGINS, PLAINTIFF

9/6/2007
Date

Signature