# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT, EASTERN DIVISION AT; MONTGOMERY, ALABAMA

RECEIVED
2007 SEP 12 A 9: 49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GENE COGGINS Prro st
1436 COUNTY RD. #299
LANETT, AL 36863
      Plaintiff

V;                                        CASE NO. 3:07 - CV- 00406 - MEF

TALLAPOOSA COUNTY and
TALLAPOOSA COUNTY SHERIFF DEPARTMENT
                              Defendants

## REPLY TO DEFENDANTS CONFLICT DISCLOSURE STATEMENT

     COMES NOW THE PLAINTIFF, GENE COGGINS WITH THIS REPLY TO DEFENDANTS CONFLICT DISCLOSURE STATEMENT.

     WHEN I FILED THE ORIGINAL COMPLAINT AND SUMMONS BY SENDING TO BOTH DEFENDANTS A COPY BY CERTIFIED U. S. MAIL WITH RETURN RECEIPTS TO THE CLERK OF THE COURT, AS REQUIRED IN FEDERAL RULE 3, 4, 5, . THE DATE STAMPED ON MY RECEIPT WAS JUNE 13, 2007, THE SUMMONS REQUIRED AN ANSWER WITHIN THE NEXT TWENTY DAYS.. I NEVER RECEIVED ANY ANSWER WITHIN THIS TIME FRAME, SO I FILED DEFAULT JUDGMENT AGAINST THE TWO DEFENDANTS. THIS WAS THE ONLY DEFENDANTS NAMED IN THE COMPLAINT OR RECEIVED ANY SUMMONS.

JUDGE FULLER TOOK ON THE ROLL OF DEFENSE ATTORNEY AND JUDGE, BY ADDING ANOTHER DEFENDANT, THE TALLAPOOSA COUNTY DISTRICT ATTORNEY TO THIS CASE.   THEN LATER HE COME BACK WITH ANOTHER ATTEMPT TO DESTROY THIS CASE BY TRYING TO COMBINE 402, THE ABOVE CASE AND CASE NO 406, AGAINST TALLAPOOSA COUNTY AND THE TALLAPOOSA COUNTY SHERIFF DEPARTMENT.   THE ONLY ORIGINAL CASES FILED IN THIS COURT, WILL BE HANDLED AS ORIGINALLY FILED, OR THIS ILLEGAL ATTEMPT TO DESTROY THESE CASE WILL BE APPEALED TO THE UNITED STATES COURT OF APPEALS.

ALL OF THIS CONFLICT DISCLOSURE STATEMENTS ARE ANOTHER WAY OF AVOIDING THE ISSUES, THEY ARE BROUGHT OUT IN MY COMPLAINT, FOR CONSTITUTION VIOLATIONS, THAT WITHOUT ANY ANSWER IN THE REQUIRED TIME LEAD TO DEFAULT AND DEFAULT JUDGMENT TO BE FILED AGAINST THE DEFENDANTS.   ANY FORM OF STALLING AND DELAYING THIS ACTION COST THE DEFENDANTS MORE MONEY IN THEIR FINAL SETTLEMENT.   NO MATTER WHAT IMPROPER OR ILLEGAL RULES OF LAW THAT YOU OR THIS COURT TRIES TO APPLY TO THIS CASE, THE DEFENDANTS HAVE LOST ANY AND ALL OTHER LEGAL RIGHTS, BY NOT ABIDING BY THE DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES CONSTITUTION..   UNDER THE 11th AMENDMENT OF THE UNITED STATES CONSTITUTION,  ANY ONE INCLUDES CITIES, ANY GOVERNMENT OFFICIAL, CAN SUE AND BE SUED BY ANOTHER RESIDENT OF THE SAME STATE.   THE CONSTITUTION OF THE UNITED STATES IS THE PREVAILING

LAW, WITH NO OTHER FEDERAL OR STATE LAWS THAT OFFERS IMMUNITY HAS NO AUTHORITY OVER THIS..

**CONCLUSION:**

NO MATTER WHAT MAY COME OUT OF THESE ILLEGAL ATTEMPTS MADE TO AVOID THE FACTS IN THIS CASE, YOU CAN BE ASSURED THAT EVERY ONE WILL BE APPEALED TO A HIGHER COURT, IF THE DUE PROCESS OF LAW AND THE GUARANTEED CONSTITUTIONAL RIGHT FOR EVERY CITIZEN TO BE HEARD IN ANY COURT, AND THE RIGHT FOR A SPEEDY TRIAL BY A JURY OF HIS PIERS ON ANY CIVIL OR CRIMINAL CASE FILED IN THIS COURT. I FILED A LAW SUITE AGAINST JUDGE MARK E .FULLER, FOR DENYING MY GUARANTEED CONSTITUTIONAL RIGHTS, UNDER THE DUE PROCESS OF LAW, BREAKING OATH OF OFFICE AND PERJURY WHICH IS A FELONY AND ANY OPINION OR ORDERS HE IS INVOLVED IN THIS CASE IS ILLEGAL AND ALL OF THESE ILLEGAL ATTEMPTS TO DESTROY ANY OF MY CASES WILL BE FILED IN THE UNITED STATES COURT OF APPEALS.


_/s/ Gene Coggins_
GENE COGGINS

# CERTIFICATE OF SERVICE

1, __GENE COGGINS__, DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY, THAT I HAVE PLACED UPON THIS DAY A COPY OF THE COMPLAINT, SUMMONS, OR ANY OTHER PAPER WORK INVOLVED WITH THIS CASE, IN THE U.S. MAIL, SENT CERTIFIED WITH RETURN RECEIPT, TO OFFICE OF THE CLERK, WITH PROPER POSTAGE, AND TO THE LAST KNOWN ADDRESS OF THE DEFENDANT OR THEIR ATTORNEYS

_/s/ Gene Coggins_____   DATE __SEPTEMBER 11, 2007__
GENE COGGINS Pro se