# IN THE UNITED STATES COURT OF APPEALS
# 11th CIRCUIT, EASTERN DIVISION AT:
# ATLANTA, GEORGIA

GENE COGGINS  Pro st                                    *LEAD CASE*
1436 County Rd, #299
Lanett, Al  36863
           Plaintiff

                              DISTRICT COURT NO. 3:07 - CV 402 -MEF
                              APPEALS NO._____

t_____

## MOTION TO APPEAR IN FORMA PAUPERIS

COMES NOW,  THE PLAINTIFF, GENE COGGINS, WITH THIS MOTION TO

APPEA` R IN FORMA PAUPERIS AS A GUARANTEED CONSTITUTION RIGHT

WITHOUT ANY PAYMENT OF FEES, COST, BOND, OR ANY FORM OF SECURITY

GIVEN.. THIS IS GUARANTEED BY THE UNITED STATES GOVERNMENT, WHERE

NO COURT, JUDGE OR CLERK, HAS ANY AUTHORITY TO CHANGE OR DENY. Fed. R.

App. P. 24..

---

_Gene Coggins_
GENE COGGINS

## AFFIDAVIT OR DECLARATION
### IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, <u>GENE COGGINS</u>, AM THE PETITIONER IN THE ABOVE ENTITLED CASE.  IN SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES, COST OR GIVE SECURITY THEREOF, I STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO PAY THE COST OF THIS CASE OR TO GIVE SECURITY THEREOF, AND I BELIEVE I AM ENTITLED TO REDRESS.   I FURTHER SWEAR THAT THE RESPONSES I HAVE MADE TO THE QUESTIONS AND INSTRUCTIONS BELOW RELATING TO MY ABILITY TO PAY THE COST OF PROCEEDING IN THIS COURT ARE TRUE.

1.     ARE YOU PRESENTLY EMPLOYED? YES___ NO__X__.  RETIRED

   a     .IF THE ANSWER IS YES, STATE THE AMOUNT OF YOUR SALARY OR WAGES PER MONTH AND GIVE THE NAME AND ADDRESS OF YOUR EMPLOYER.

   b.     if the answer is no, state the date of your last employment and the amount of salary or wages per month you received.

   Retired as legal assistant for Mr. Charles Reynolds Attorney, of Alexander City, Al, at his death in November of 1995, salary of $800.00 per month.

2.     HAVE YOU RECEIVED WITHIN THE PAST TWELVE MONTHS ANY INCOME FROM A BUSINESS, PROFESSION, OR ANY OTHER FORM OF SELF-EMPLOYMENT, OR IN THE FORM OF RENT PAYMENTS, INTEREST, DIVIDENDS, OR OTHER SOURCES.  YES____ NO__X__ .

   a.     IF THE ANSWER IS YES, DESCRIBE EACH SOURCE OF INCOME AND STATE THE AMOUNT RECEIVED FROM EACH DURING THE PAST TWELVE MONTHS.

   b.     I DRAW ONLY SOCIAL SECURITY A $442.00 PER MONTH.

3.     DO YOU OWN ANY CASH OR HAVE A CHECKING ACCOUNT? YES _X_   NO____.

   a.     if the answer is yes, state the total value of items owned..     Presently a minus of $1,148.63 in my overdraft protection account.

4.     DO YOU OWN ANY REAL ESTATE, STOCK, NOTES, AUTOMOBILES, OR OTHER VALUABLE PROPERTY (excluding ordinary household furnishings and clothing),    YES_____   NO__X__ .

   a.     IF THE ANSWER IS YES, STATE THE TOTAL APPROXIMATE VALUE OF THE ITEMS, AND DESCRIBE THE PROPERTY OWNED.

5.     LIST THE PERSONS WHO DEPEND UPON YOU FOR SUPPORT AND STATE THE RELATIONSHIP TO THOSE PERSONS.  NO ONE, FOR I LIVE WITH MY WIFE IN HER HOUSE AND SHE LIVES ON SOCIAL SECURITY ALSO.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.. EXECUTED ON THIS: _____

GENE COGGINS  Pro st