IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07cv402-MEF |
| | ) | |
| CITY OF JACKSON'S GAP, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07cv406-MEF |
| | ) | |
| TALLAPOOSA COUNTY DISTRICT ATTORNEY OFFICE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Stay filed on September 12, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this 26th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE