RECEIVED

SEP 28 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

No. 07-14335-J

## JURISDICTIONAL QUESTIONS

1. Whether the notice of appeal satisfies federal appellate procedural requirements, given that it does not specify the order being appealed? See Fed. R.App.P. 3(c)(1); McDougald v. Jenson, 786 F.2d 1465, 1474 (11th Cir. 1986).

2. If the notice of appeal is procedurally sufficient, which order is being appealed?