IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07cv402-MEF |
| | ) | |
| CITY OF JACKSON'S GAP, | ) | |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------- | | |
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07cv406-MEF |
| | ) | |
| TALLAPOOSA COUNTY DISTRICT ATTORNEY OFFICE, *et al.,* | ) ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #46) to the Recommendation of the Magistrate Judge filed on October 30, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #45) filed on October 23, 2007 is adopted;

3. Defendant Tallapoosa County's Motion to Dismiss Plaintiff's Complaint (Doc. #21 in 3:07cv406) is GRANTED and Tallapoosa County is DISMISSED with prejudice.

4. Defendant City of Jackson's Gap is DISMISSED with prejudice *sua sponte*.

5. These cases are DISMISSED with prejudice.

6. Any outstanding motions are DENIED as moot.

DONE this the 7th day of November, 2007

                                                    /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE