

RECEIVED
2007 NOV 20 A 11: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

November 19, 2007

**Appeal Number: 07-14335-J**
Case Style: Gene Coggins v. City of Jackson's Gap
District Court Number:  07-00402 CV-F-E

TO:   Debra P. Hackett

CC:   Gene Coggins

CC:   Randall C. Morgan

CC:   Winthrop E. Johnson

CC:   Frank Luckus

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED
2007 NOV 20 A 11: 04
DEBRA P. HACKETT, CLK

For rules and forms visit
www.ca11.uscourts.gov

November 19, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14335-J**
Case Style: Gene Coggins v. City of Jackson's Gap
District Court Number: 07-00402 CV-F-E

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

Also enclosed is the record on appeal, which consists of:
 1 Volume

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-14335-J

GENE COGGINS,

Plaintiff-Appellant,

versus

CITY OF JACKSON'S GAP,
JACKSON'S GAP POLICE DEPARTMENT,
TALLAPOOSA COUNTY DISTRICT ATTORNEY OFFICE,
TALLAPOOSA COUNTY,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

Before TJOFLAT, BARKETT, and PRYOR, Circuit Judges.

BY THE COURT:

   This appeal is DISMISSED for lack of jurisdiction. Gene Coggins's construed notice of appeal does not identify the order being appealed, and it is not otherwise apparent which order he intends to appeal. Fed.R.App.P. 3(c)(1)(B), Campbell v. Wainwright, 726 F.2d 702, 704 (11th Cir. 1984).