Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

February 22, 2008

**Appeal Number: 08-10234-A**
Case Style: Gene Coggins v. City of Jackson' Gap
District Court Number:  07-00402 CV-F-E

TO:   Debra P. Hackett

CC:   Gene Coggins

CC:   Randall C. Morgan

CC:   Winthrop E. Johnson

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 22, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-10234-A**
Case Style: Gene Coggins v. City of Jackson' Gap
District Court Number: 07-00402 CV-F-E

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 2 2 2008
THOMAS K. KAHN
CLERK

No. 08-10234-A

GENE COGGINS,

                                      Plaintiff-Appellant,

versus

CITY OF JACKSON'S GAP,
TALLAPOOSA COUNTY,

                                      Defendants-Appellees,

JACKSON'S GAP POLICE DEPARTMENT,
et al.,

                                      Defendants.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, BARKETT, and HULL, Circuit Judges.

B Y   T H E   C O U R T:

    This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Gene Coggins's construed notice of appeal, which was filed on December 27, 2007, was not timely because it was not filed

within 30 days of November 7, 2007, the date of entry of the judgment denying Coggins's civil rights action. Fed.R.App.P. 4(a)(1)(A).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

2

